**Order filed August 28, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00293-CR
_____

**PATRICK LEE CAMPBELL, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 122nd District Court
Galveston County, Texas
Trial Court Cause No. 10CR3689**

---

## ORDER

This is an appeal from a sentence imposed February 23, 2012. A related case was previously filed in the Court of Appeals for the First District of Texas under case number

It is ORDERED that the appeal docketed under this court's appellate cause number 14-12-00293-CR is transferred to the Court of Appeals for the First District of Texas pursuant to Local Rule 3.5. 14th Tex. App. (Houston) Loc. R. 3.5. The Clerk of this Court is directed to transfer all papers filed in the case, and certify all Orders made, to the Court of Appeals for the First District of Texas.

PER CURIAM